FAG KUGELFISCHER GEORG SCHAFER AG and FAG Bearings Corporation, Plaintiffs–Appellees,

and

SKF USA Inc. and SKF GmbH, Plaintiffs–Appellants,

and

NTN Bearings Corporation of America and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

INA Walzlager Schaffler Kg (now known as INA Walzlager Schaeffler oHG) and INA Bearings Company, Inc. (now known as INA USA Corporation), Plaintiffs–Appellants,

v.

UNITED STATES, Defendant– Cross Appellant,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellant.

FAG Kugelfischer Georg Schafer Ag and FAG Bearings Corporation, Plaintiffs–Appellants,

and

SKF USA Inc. and SKF GmbH, Plaintiffs–Appellees,

and

NTN Bearings Corporation of America and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

INA Walzlager Schaffler Kg (now known as INA Walzlager Schaeffler oHG) and INA Bearings Company, Inc. (now known as INA USA Corporation), Plaintiffs–Appellees,

v.

United StateS, Defendant,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.

Nos. 01–1625, 02–1096, 02–1097, 02–1099, 02–1098.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Donald J. Unger, Barnes, Richardson, Chicago, IL, for Plaintiff.

Mark E. Pardo, Adam M. Dambrov, Max F. Schutzman, Grunfeld, Desiderio, New York, NY, Jeffrey S. Grimson, Grunfeld, Desiderio, Matthew J. Clark, Arent,

Fox, Nancy Aileen Noonan, Alice A. Kipel, Steptoe & Johnson, Washington, DC, for Plaintiffs-Appellants.

Max F. Schutzman, Grunfeld, Desiderio, New York, NY, Stephen L. Gibson, Sonnenschein Nath, Herbert C. Shelley, Steptoe & Johnson, Washington, DC, for Plaintiff/Plaintiff-Appellant.

Terence P. Stewart, Stewart and Stewart, Washington, DC, for Defendant/Defendant-Appellee/Defendant-Cross Appellant.

Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, Stewart and Stewart, Ada E. Bosque, Lucius B. Lau, David M. Cohen, Washington, DC, for Defendants-Cross Appellants.

Velta A. Melnbrencis, Washington, DC, for Defendant/Defendant-Appellee/Defendant-Cross Appellant.

*ORDER*

Upon consideration of the FAG Kugelfischer Georg Schafer AG et al.'s unopposed motion to sever and voluntarily dismiss appeal 02–1098,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 02–1098.

(2) The United States, SKF USA Inc. et al., INA Walzlager Schaffler KG et al., and The Torrington Company are requested to inform this court, within 14 days of the date of filing of this order, how they believe appeals 01–1625, 02–1096, –1097, and—1099 should proceed.

(3) The revised official captions are reflected above.